IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ALLGIER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNION PACIFIC RAILROAD COMPANY, )<br>)<br>    Defendant. ) | Case No. 3:08-CV-000226-001 |

## COMPLAINT AND DEMAND FOR JURY TRIAL

      Now comes the Plaintiff, RYAN ALLGIER, by and through his undersigned attorneys, CALLIS, PAPA, HALE, SZEWCZYK & DANZINGER, P.C., and for his Complaint and Demand for Jury Trial against the Defendant, UNION PACIFIC RAILROAD COMPANY (hereinafter "Union Pacific"), states as follows:

    1. That at all times relevant hereto, the Defendant, Union Pacific, was and remains a corporation organized and existing as a common carrier by rail in and through the several states of the United States and who, for the purposes of operating said railroad, did own, possess, operate and maintain railroad cars, tracks, and other equipment in and about Johnson County, Illinois and throughout the Southern District of Illinois.

    2. That at all times relevant hereto, the Plaintiff, Ryan Allgier, was employed by the Defendant as a Conductor, and was in the course and scope of his duties when he was injured, as hereinafter alleged, and he brings this action pursuant to the authority of Title 45, Section 51, *et seq.*, of the United States Code, commonly referred to as the Federal Employers' Liability Act (hereinafter "FELA").

    3. That jurisdiction is proper in this Court under the provisions of Title 45, Section 56 of the FELA.

    4. That on or about March 19, 2008, at approximately 12:15 a.m., and within the course and scope of his duties as a Conductor in the employ of the Defendant, Union Pacific, the Plaintiff, Ryan Allgier, was assigned to a crew to transport a coal freight train consisting of multiple locomotives and numerous railcars from Marion, Illinois to Joppa, Illinois.

5. That Defendant, Union Pacific, had a duty to inspect, test, prepare or otherwise maintain the tracks and roadbed upon which Plaintiff and his fellow crew member were assigned to work prior to the departure of the train from Marion, Illinois, so as to provide Plaintiff with a reasonably safe place to work.

6. That on March 19, 2008, at approximately 12:15 a.m., while acting in the course and scope of his duties as a Conductor in the employ of the Defendant, Union Pacific, the Plaintiff, Ryan Allgier, and the locomotive and train upon which Plaintiff was traveling southbound left the track and roadbed, derailed and rolled over near the city of West Vienna, Johnson County, Illinois, as hereinafter more fully alleged.

7. That at the times and places aforesaid, the Defendant, Union Pacific, by and through its agents, servants and employees, was then and there guilty of one or more of the following negligent acts or omissions in violation of the FELA:

    a. Failure to inspect the track and roadbed to determine whether it was safe to travel upon;

    b. Failure to inspect the track and roadbed in a manner consistent with the provisions of 49 C.F.R. 213.233;

    c. Failure to perform a "special inspection" of track structures in violation of the provisions of 49 C.F.R. 213.239;

    d. Failure to maintain drainage and other water carrying facilities, in violation of the provisions of 49 C.F.R. 213.33;

    e. Failure to support the track properly, in violation of the provisions of 49 C.F.R. 213.103;

    f. Failure to test or determine whether the track and railbed were safe to travel upon;

    g. Failure to use a scout vehicle ahead of Plaintiff's train to warn of a deteriorated or damaged track or roadbed;

    h. Failure to design the track and roadbed to prevent its deterioration or damage by adverse weather;

    i. Failure to maintain its track and roadbed;

    j. Failure to delay or cancel Plaintiff's assignment until the condition of the track and roadbed was verified to be safe;

    k.  Failure to warn the Plaintiff of the dangerous conditions; and

    l.  Failure to provide Plaintiff with a reasonably safe place to work.

 8.  That as a result, in whole or in part, of one, or more, or all, of the foregoing negligent acts or omissions, Plaintiff sustained permanent injuries and disabilities to his left side of his body and his internal organs, head, arms, legs, neck and back, the tendons, ligaments, tissues, bones and internal parts thereof; that the Plaintiff has suffered and will in the future suffer severe physical pain and disability as a result of said injuries as aforesaid; that the Plaintiff has incurred and in the future will incur medical expenses, and the Plaintiff has lost and will in the future lose the wages and fringe benefits of his employment; and his future earning capacity has been reduced.

 WHEREFORE, Ryan Allgiers, prays for judgment in his favor and against the Defendant, Union Pacific, in am amount which will fairly and reasonably compensate the Plaintiff for his injuries and damages, plus costs of court.

               Respectfully Submitted,


            By: /s John T. Papa
               John T. Papa, No. 2140780
               1326 Niedringhaus Avenue
               P.O. Box 1326
               Granite City, Illinois 62040
               Phone: (618) 452-1323
               Facsimile: (618) 452-8024
               E-mail: jtp@callislaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ALLGIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:08-CV-000226-001 |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2008, I electronically filed Complaint and Demand for Jury Trial, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Respectfully Submitted,

By:   /s John T. Papa  
John T. Papa, No. 2140780
1326 Niedringhaus Avenue
P.O. Box 1326
Granite City, Illinois 62040
Phone: (618) 452-1323
Facsimile: (618) 452-8024
E-mail: jtp@callislaw.com