IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ALLGIER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 08-cv-226-JPG-DGW |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: August 12, 2009

JUSTINE FLANAGAN, ACTING CLERK

Brenda K. Lowe, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
U. S. DISTRICT JUDGE